UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PEGGY FITZ<br><br>Plaintiffs,<br><br>v.<br><br>RGIS INVENTORY SPECIALISTS, et al.<br><br>Defendant. | Case No. CIV S-96-2034 JAM<br><br>SATISFACTION OF JUDGMENT |

RGIS, LLC (formerly known as RGIS Inventory Specialists) ("RGIS"), Defendant in the above captioned case, does hereby state that the judgment previously entered by the Court in RGIS' favor against Plaintiff Peggy Fitz has been paid in full, or compromised to RGIS' satisfaction.

Date:  December 1, 2008           Respectfully submitted,

By:     /s/Heather M. Sager/s/
Heather M. Sager
Attorneys for Defendant RGIS, LLC

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

1

SATISFACTION OF JUDGMENT
CASE NO. CIV S-96-2034 JAM

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

The Court now approves the above Satisfaction of Judgment and orders the Clerk to show the judgment satisfied on the judgment docket, to show this case disposed, and to notify the parties and attorneys of record.

Date:  December 17, 2008            /s/ John A. Mendez_____
                                    U. S. District Judge

PDF created with pdfFactory trial version www.pdffactory.com